**E. STEWART**
# Jones Hacker Murphy LLP
## ATTORNEYS & COUNSELORS AT LAW

**Please send all mail to:**
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

May 4, 2023

**VIA ECF**
Honorable Christian F. Hummel, Magistrate
United States District Court NDNY
445 Broadway
Albany, NY  12207

      Re:    Tessitore v. Orabona, et al
              Civil Action No.:  23-CV-0353
              Our File No.: 2468.001

Dear Judge Hummel:

We have no objection to defendant Eric Gough's motion to extend his time to answer plaintiff's complaint to **June 2, 2023**.

Thank you for your consideration.

Respectfully,

*/s/ James C. Knox*

James C. Knox
Direct Dial:    (518) 270-1240

JCK/pmc
cc:     Peter A. McDaniel, AAG (Via ECF)